## JONES V. TYLER.

(Decided May 12, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES J. SENN.

No counsel marked for either party.

Per curiam. Affirmed for want of assignment of errors.

---

## KILLIAN V. VANN.

(Decided May 12, 1910.)

APPEAL from DeKalb Chancery Court.

Heard before Hon. W. H. SIMPSON.

ISBELL & PRESSLY, for appellant. HOWARD & HUNT, for appellee.

ANDERSON, J.—Corrected and affirmed.

DOWDELL, C. J., McCLELLAN and SAYRE, JJ., concur.

---

## LOUISVILLE & NASHVILLE R. R. CO. V. DAVIS.

(Decided Dec. 16, 1909. Rehearing denied June 30, 1910.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

GOODWYN & McINTYRE, for appellant. COLEMAN, DENT & WEIL, and P. H. STERN, for appellee.

DOWDELL, C. J., Affirmed.

SIMPSON, EVANS, and STRINGFELLOW, Special, JJ., concur. ANDERSON, McCLELLAN and MAYFIELD, JJ., dissent. SAYRE, J., not sitting.